# Schedule A

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | UNIVERSAL MUSIC-MGB NA, LLC d/b/a UNIVERAL MUSIC-MGB SONGS<br><br>CYANIDE BREATHMINT MUSIC | LOSER | Beck Campbell (p/k/a "Beck")<br><br>Karl Stephenson | June 25, 1993 | PA 724-551 | June 28, 2018 |
| 2. | MILKSONGS | SEX TYPE THING | Scot Weiland<br><br>Dean DeLeo<br><br>Robert DeLeo<br><br>Erick Kretz | September 1, 1992 | PA 689-635 | September 2, 2018 |
| 3. | MEAT LOCKER PUBLISHING INC. | FACE EVERYTHING AND RISE | Tobin Esperance<br><br>Jacoby Shaddix<br><br>Kane Gregory Churko<br><br>Anthony Esperance | January 27, 2015 | PA 2-011-630 | September 2, 2018 |